IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHEL NGAKOUE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-00363-LY |
| | § | |
| SAFECO INSURANCE | § | |
| COMPANY OF INDIANA, | § | |
| DEFENDANT. | § | |

**FILED**
JAN 5 2023
CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this date, the court granted Safeco Insurance Company of Indiana's Motion for Summary Judgment, dismissing all of Plaintiff Michel Ngakoue's claims and causes of action against Defendant Safeco Insurance Company of Indiana with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Michel Ngakoue **TAKE NOTHING** on his claims and causes of action against Defendant Safeco Insurance Company of Indiana.

**IT IS FURTHER ORDERED** that Defendant Safeco Insurance Company of Indiana is awarded costs.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this _5th_ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE